UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:18-cv-00448

**Terry Terral,**
*Plaintiff,*

v.

**Walmart, Inc.,**
*Defendant.*

## FINAL JUDGMENT

Having rendered its decision by separate opinion (Doc. 34), the court now **enters final judgment** that plaintiff take nothing by this suit. All claims in this matter are **dismissed with prejudice**, with **e**ach party is to bear its own costs and attorneys' fees. Any pending motions are **denied as moot**. The clerk of court is **directed** to close this case.

*So ordered by the court on August 18, 2020.*

J. Campbell Barker
United States District Judge